

Miami, Florida
December 8th, 2009

Honorable Judge Joan A. Lenard
301 North Miami Ave Room 150
Miami. Florida 33128

Docket#: 113C 1:08CR20851

Honorable Judge:

   I hope my letter finds you well. I am sending this letter to you in such short notice because the circumstances have forced me to act this way, please consider this letter as pro se motion, I wish to terminate the services of my court appointed attorney William M. Norris. I have placed my trust in Mr. Norris representation and the outcome has been a disaster, I am intending to remedy my situation by hiring another attorney, a private counsel that has shown me that he is committed to my defense. As this honorable court knows, a sentencing for a criminal matter, is a serious issue, I think that Mr. Norris had misled me in many ways, and this has created a serious conflict, he has not handled my representation with the professionalism that is expected from an attorney. My family has gathered their best efforts to hire the services of a private counsel, and I wish to ask for a continuance to allow my new consel to work on my case effectively, as this court is aware, I was remanded to the custody of   the United States Marshals, I am not getting any tactical advantage by requesting a continuance. It is a essencial for my defense to have an attorney that is really willing to represent me to the best of his ability and knowledge. The objections filed by Mr. Norris have been the product of my work, and even if i understand that the defendant's help is also needed, I consider that Mr. Norris has not been up to the standard of representation that was necessary for this case to have a better outcome. Attoneys have an ethical obligation, and I do not think that Mr. Norris has been in compliance with it.
   Thanks for the time invested in reading my letter. Sincerely,

Scarlet Duarte
Reg# 81409-004

"Be not overcome by evil, but overcome evil with good."

Romans 12:21

Scarlet Duarte reg # 81 409-004
P. O. Box 019128
Miami, Fl 33101