Miami, Florida
March 24th, 2010

Honorable Judge Joan A. Lenard
United States District Court
301 North Miami Ave
Miami, Florida 33128

Honorable Judge:

    I hope my letter reaches to you finding well. I have decided to write you in regards to an important issue not mentioned at my sentencing hearing, that issue is the designation to a prision. My family lives in the South Florida area, and my children reside with my mother, who is an older woman suffering of several ailments, she is in no position to take my children to a prision far from Miami, where they reside. I would ask the court to consider to recommend the Bureau of Prisions designation to Coleman, a facility located in Florida, the closest to the place of residence of my mother and children. I Thank you for your time in resolving this matter that is essential to the unity of the family.

Sincerely,

Scarlet Duarte
Reg# 81409-004

